FILED 24 AUG '22 10:36 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

3:22-cv-01256-AA

GERALD LEROY BARNES II

*(Enter full name of plaintiff)*

Plaintiff,

Civil Case No. OREGON STATE HOSPITAL 89701
(to be assigned by Clerk's Office)

v.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

DANIELLE THERSON PSY.D.
KIMBERLY MCOLLUM PSY.D.

Jury Trial Demanded
☒ Yes    ☐ No

*(Enter full name of ALL defendant(s))*

Defendant(s).

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**    Name: GERALD LEROY BARNES II
Street Address: 2600 CENTER ST NE
City, State & Zip Code: SALEM OR 97301-2669
Telephone No.: 503 947-2724

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**   Name: DANNiELLE ThERSON PSY. D.
Street Address: NW FORENSiC INSTiTUTE
City, State & Zip Code: PO BOX 4385 PortLand OR 97208
Telephone No.: 503 946-9036

**Defendant No. 2**   Name: KiMbERly MCollum PSY D.
Street Address: OREGON State HospitAL
City, State & Zip Code: 2600 CENTER St. NE SALEM, OR 97301
Telephone No.: 503 945-2800

**Defendant No. 3**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)            2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

My Right to own And possess firearms, deliberately falsifying my diagnoses.

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Danielle Therson's involvment was when she diagnosed me to not be able to Aid And Assist. I told her that i fought a Federal Case in 2012 And Won. She deliberately disregarded what i said And conspired with my lawyer And the Courts to put A 370 order on me. Witch landed me in the Oregon State Hospital

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Kimberly McCollum. PSY D. involvment was that she deliberately falsifyed my diagnosest in An

Complaint for Violation of Civil Rights (Prisoner Complaint)    3
[Rev. 01/2018]

Attempt to KEEP me from getting out of the hospital And going forward with my trial, And taking my Right to bARE ARMS, The federal Government has been After my fire Arms since 2012. They don't like the fact that i WON my Gun trial CASE in 2012, And been After my Guns, And my life EVER SINCE. I AM stuck in this hospital fighting for my Rights And my life, And lost EVERYthing cause of there RACIST INJUSTICE.

**Claim III**

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_(If you have additional claims, describe them on another piece of paper, using the same outline.)_

Complaint for Violation of Civil Rights (Prisoner Complaint)   4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I want monetary compensation from Danielle Therson of 15 million, and 15 million from Kimberly McCollum

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of Aug, 2022

*(Signature of Plaintiff)*